JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BANALES,<br><br>  Plaintiff<br><br>  v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No: 2:20-cv-02278-AS<br><br>[~~PROPOSED~~] JUDGMENT |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: September 17, 2020

/ s / Sagar
THE HONORABLE ALKA SAGAR
United States Magistrate Judge

-1-